IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

AMERICAN GENERAL LIFE                    )
INSURANCE COMPANY, a foreign             )        Lead Case No. CV 06-0488-S-MHW
corporation doing business in the state of )
Idaho,                                   )
                                         )        Member Case No. CV 07-65-S-MHW
              Plaintiff/Counter-Defendant, )
       v.                                )
                                         )        **JUDGMENT**
CAROLYN M. BROUGHTON, TRUSTEE )
of THE STEPHEN M. BROUGHTON AND)
CAROLYN L. BROUGHTON FAMILY   )
TRUST, dated July 16, 1999,              )
                                         )
              Defendant/Counter-Claimant.)
_____ )

Based on this Court's Memorandum Decision and Order, dated June 3,2008, which

granted Plaintiff/Counter-Defendant's request for a declaratory judgment,

     **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered

in favor of Plaintiff/Counter-Defendant American General Life Insurance Company.

     **IT IS FURTHER ORDERED** that American General is permitted to investigate the

death of Stephen Boughton prior to payment of any amount potentially due under the life

insurance policy and that Carolyn Boughton is to cooperate in this investigation, including

submitting to an interview and providing American General with the information necessary to

complete its investigation.

**Judgment - Page 1**

**IT IS FURTHER ORDERED** that this case is **DISMISSED IN ITS ENTIRETY.**



DATED: June 3, 2008

_____
Honorable Mikel H. Williams
United States Magistrate Judge